UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

WALTER MOORE,

      Plaintiff,

v.

MARY BANNON, and WILLIAM     No. 1:10-CV-12801
PRIEST, in their individual
capacities, jointly and severally,     HON. Thomas L. Ludington

      Defendants.

_____/

| | |
|---|---|
| Amos E. Williams (P39118) | John G. Fedynsky (65232) |
| AMOS E. WILLIAMS, P.C. | Assistant Attorney General |
| Attorney for Plaintiff | Attorneys for Defendant |
| 615 Griswold, Suite 1115 | Michigan Dept. of Attorney General |
| Detroit, MI 48226-3998 | P.O. Box 30736 |
| 313.963.5222 | Lansing, MI 48909 |
| | 517.373.6434 |

_____/

**PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE
OF PRIOR ARREST AND CONVICTIONS**

Plaintiff Walter Moore hereby moves this Court for an order excluding any and all

evidence, references to evidence, testimony or argument relating to prior arrests and

convictions of the plaintiff.  The motion is based upon the ground that the probative

value of the evidence is substantially outweighed by the danger of undue prejudice to

the plaintiff.

**BRIEF IN SUPPORT OF MOTION**

This motion is based upon the records and files of this case including depositions and discovery materials.

The plaintiff was arrested and convicted of 1st degree murder in 1988.  The case was reversed on appeal and subsequently dismissed.  Such information although not relevant to the instant case would be detrimental to the plaintiff for obvious reasons and only serve to try to diminish the plaintiff in the eyes of the jury.  There is absolutely no probative value in such evidence on any element of a claim or defense in this case.

The admission of evidence is subject to the sound discretion of this court and the plaintiff moves this court to exclude any and all evidence, references to evidence, testimony or argument relating to the plaintiff's prior arrest and conviction.


s/Amos E. Williams
Attorney for plaintiff

April 23, 2012

**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2012, I filed **Motions in Limine and Certificate of Service** with the Clerk of the Court using the ECF System, which will send notification of such filing to John G. Fedynsky.

/s/ Amos E. Williams (P39118)
615 Griswold, Suite 515
Detroit, Michigan 48226
AEWPC@AOL.COM