UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

WALTER MOORE,

    Plaintiff,

v.

MARY BANNON, and WILLIAM          No. 1:10-CV-12801
PRIEST, in their individual
capacities, jointly and severally,   HON. Thomas L. Ludington

    Defendants.

_____/

Amos E. Williams (P39118)         John G. Fedynsky (65232)
AMOS E. WILLIAMS, P.C.            Assistant Attorney General
Attorney for Plaintiff            Attorneys for Defendant
615 Griswold, Suite 1115          Michigan Dept. of Attorney General
Detroit, MI 48226-3998            P.O. Box 30736
313.963.5222                      Lansing, MI 48909
                                  517.373.6434

_____/

## PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF UNRELATED LAW SUITS

    Plaintiff Walter Moore hereby moves this Court for an order excluding any and all

evidence, references to evidence, testimony or argument relating to unrelated lawsuits

involving plaintiff.  The motion is based upon the grounds that such evidence is not

relevant and immaterial to the present suit.

**BRIEF IN SUPPORT OF MOTION**

This motion is based upon the records and files of this case including depositions and discovery materials.

The plaintiff was wrongly arrested and convicted of 1st degree murder in 1988. He served 8 years in prison.  The case was reversed on appeal and subsequently dismissed.  The plaintiff filed a lawsuit against law enforcement personnel that settled. The plaintiff was also involved in lawsuits related to his business, all of which are more than 10 years old.  Such evidence is not relevant to the instant case and would serve only to confuse the jury and waste time. There is absolutely no probative value in such evidence related to any claim or defense in this case.

The admission of evidence is subject to the sound discretion of this court and the plaintiff moves this court to exclude any and all evidence, references to evidence, testimony or argument relating to the plaintiff's prior lawsuits.

s/Amos E. Williams
Attorney for plaintiff

April 23, 2012

**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2012, I filed **Motions in Limine and Certificate of** Service with the Clerk of the Court using the ECF System, which will send notification of such filing to John G. Fedynsky.

/s/ Amos E. Williams (P39118)
615 Griswold, Suite 515
Detroit, Michigan 48226
AEWPC@AOL.COM