UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

WALTER MOORE,

     Plaintiff,

v.

MARY BANNON, and WILLIAM     No. 1:10-CV-12801
PRIEST, in their individual
capacities, jointly and severally,     HON. Thomas L. Ludington

     Defendants.

_____/

| | |
|---|---|
| Amos E. Williams (P39118) | John G. Fedynsky (65232) |
| AMOS E. WILLIAMS, P.C. | Assistant Attorney General |
| Attorney for Plaintiff | Attorneys for Defendant |
| 615 Griswold, Suite 1115 | Michigan Dept. of Attorney General |
| Detroit, MI 48226-3998 | P.O. Box 30736 |
| 313.963.5222 | Lansing, MI 48909 |
| | 517.373.6434 |

_____/

**PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE
OF DISMISSED PARTIES AND DISMISSED CLAIMS**

Plaintiff Walter Moore hereby moves this Court for an order excluding any and all

evidence, references to evidence, testimony or argument relating to dismissed parties

and dismissed claims in this lawsuit.  The motion is based upon the grounds that such

evidence is not relevant to the present suit and is therefore inadmissible.

**BRIEF IN SUPPORT OF MOTION**

This motion is based upon the records and files of this case including depositions and discovery materials.

The court granted in part and denied in part the summary judgment motion submitted by the defendants.  The result was that several claims and one defendant were dismissed with prejudice.  Such evidence is not relevant to the instant case and would serve only to confuse the jury and waste time. There is absolutely no probative value in such evidence related to any claim or defense in this case.

Plaintiff moves this court to exclude any and all evidence, references to evidence, testimony or argument relating to parties or claims dismissed from this lawsuit.


s/Amos E. Williams
Attorney for plaintiff

April 23, 2012

**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2012, I filed **Motions in Limine and Certificate of** Service with the Clerk of the Court using the ECF System, which will send notification of such filing to John G. Fedynsky.

/s/ Amos E. Williams (P39118)
615 Griswold, Suite 515
Detroit, Michigan 48226
AEWPC@AOL.COM